**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01510-CR

**THOMAS GRADY LAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82182-10**

## ORDER

On February 18, 2014, the Court granted Official Court Reporter Niki D. Garcia's request for an extension of time to file the reporter's record. The time to file the reporter's record was extended to March 11, 2014. The reporter's record has not been filed nor has Garcia communicated with the Court regarding why the reporter's record is overdue.

We **ORDER** Niki D. Garcia to file the reporter's record on or before **May 9, 2014**. If Garcia fails to comply with this order, the Court will order that she not sit as a court reporter until the reporter's record is filed.

/s/  LANA MYERS
   JUSTICE